IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TRUMAN GROSS**                                                                                    **PLAINTIFF**
**ADC #135755**

v.                          Case No. 5:18-cv-00012-KGB

**WENDY KELLY,**
**Director, ADC;** *et al.*                                                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1.      Plaintiff Truman Gross' complaint is dismissed without prejudice (Dkt. No. 1).

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the Proposed Findings and Recommendations and the accompanying Judgment would not be taken in good faith.

It is so ordered, this the 25th day of October, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE