IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TRUMAN GROSS**  **PLAINTIFF**
**ADC #135755**

v.  Case No. 5:18-cv-00012-KGB

**WENDY KELLY,**
**Director, ADC;** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

Dated this 25th day of October, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE